UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEON GENTRY,

    Plaintiff,

Case No. 10-cv-11714

v.

HONORABLE STEPHEN J. MURPHY, III

WAYNE COUNTY, et al.,

    Defendants.
    _____/

**AMENDED ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM
(document no. 106) AND ORDERING THE COURT TO ISSUE THE WRIT**

This is a civil rights action under 42 U.S.C. § 1983. Plaintiff Deon Gentry is currently incarcerated at the Macomb Correctional Facility in New Haven, Michigan, in the custody of the Michigan Department of Corrections ("MDOC"), inmate number 677213. Gentry seeks the issuance of a writ of habeas corpus ad testificandum under 28 U.S.C. § 2241(c)(5) to provide for his presence as the plaintiff and key witness in this case.

Having considered the application, and concluding that Gentry's presence is necessary for the trial, the Court will grant the petition. MDOC is ordered to produce Deon Gentry, # 677213, to appear in the courtroom of the Honorable Stephen J. Murphy, III, U.S. District Judge, for trial beginning **Thursday, July 31, 2014**, at **8:30 AM**, and for all subsequent days as required. Pursuant to his application, Gentry shall pay transportation and other costs associated with his appearance. App. ¶ 5, ECF No. 106. Gentry shall submit the writ to chambers. Once received, the Court will docket the writ and submit it to the U.S. Marshals' Service and MDOC.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that Gentry's petition for a writ of habeas corpus ad testificandum (document no. 106) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **ISSUE** the writ in accordance with this order.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 25, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2014, by electronic and/or ordinary mail.

s/M. Beauchemin
Case Manager